

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 22 A II: 23

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

DAVID S. ADEGBOYE                               CIVIL ACTION
ESTHER ADEGBOYE                                 NO.  05-1206

VERSUS

HSBC MORTGAGE SERVICES, INC.                    SECTION M

## ORDER

Before the Court is Defendant's Motion to Compel Arbitration and To Stay

Proceedings, which came for hearing on June 22, 2005, on the briefs.  Plaintiffs filed a

Response of No Objection to the Motion (#8).

**ACCORDINGLY**, the Motion is **GRANTED**.

6/22/05

_____
Peter Beer
United States District Judge

___ Fee____
___ Proc____
___ Dktd____
___ CtRmDep____
___ Doc. No.____