

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID S. ADEGBOYE and ESTHER ADEGBOYE | * * * | CIVIL ACTION NO. 05-1206 |
| Plaintiffs | * * | |
| VERSUS | * * | JUDGE PETER BEER |
| HSBC MORTGAGE SERVICES, INC. | * * * | MAGISTRATE JUDGE ALMA L. CHASEZ |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JUDGMENT OF DISMISSAL WITH PREJUDICE

The Joint Motion to Dismiss with Prejudice considered;

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint of the plaintiffs, David S. Adegboye and Esther Adegboye is hereby dismissed with prejudice and with each party to bear its own attorney's fees and court costs.

THUS DONE AND SIGNED in New Orleans, Louisiana on this 15th day of May, 2006.

Honorable Peter Beer
United States District Judge
Eastern District of Louisiana

227854.1

\_\_ Fee_____
\_\_ Process\_\_\_\_\_
X Dktd\_\_\_\_\_
\_\_ CtRmDep\_\_\_\_\_
\_\_ Doc. No\_\_\_\_\_